IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN THE MATTER OF: Shelia L. Graves**              CASE 19-50767 KMS
**DEBTOR**                                          CHAPTER 13

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW** the debtor, Shelia L. Graves by and through her attorney of record, in the above entitled Chapter 13 proceeding, and moves this Honorable Court to Modify her Chapter 13 Plan. In support of such motion, your debtor states as follows:

1. Debtor filed a Chapter 13 case on April 23, 2019 and relief was granted.

2. Debtor's second home which was occupied and paid by her brother-in-law, was a total loss due to a fire. Debtor wants to stop making payments on all on-going mortgage payments and arrears for the house located at 142 Macedonia Road Mount Olive Mississippi 39119.

3. Debtor proposes to modify her plan by abandoning the house to Federal National Mortgage Servicing on behalf of SN Servicing Corporation and making no more payments toward the on-going mortgage, nor the mortgage arrears.

4.. Debtor respectfully requests that the Court instruct the Chapter 13 trustee to make no further distributions for the claim(s) filed by Federal National Mortgage Servicing and to lower the wage order as low as possible.

5. Debtor respectfully requests for any other relief, equitable or otherwise, to which she may be entitled, under the circumstances.

**WHEREFORE,** debtor prays that the Plan be Modified as set forth above.

**DATED** this the 22nd day of January 2020.

/s/ William W. Stover Jr.
WILLIAM W. STOVER JR. MSB# 8885
ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I, William W. Stover Jr., Attorney for the above listed debtors, do hereby certify that I have this date mailed a true and correct copy of the above Motion to Modify Chapter 13 Plan to:

David Rawlings  Ecfnotices@rawlings13.net
U.S. Trustee    USTPRegion05.JA.ECF@usdoj.gov

Federal National Mortgage    SN Servicing Corporation
950 East Paces Ferry         325 5th Street
Suite 1900                   Eureka, CA 95501
Atlanta, GA 30326

**THIS THE** 22nd day of January, 2020.

/s/ William W. Stover Jr.
WILLIAM W. STOVER JR.  MSB 8885
THE LAW OFFICES OF WES STOVER
403 South State Street
Jackson, Mississippi 39201
Telephone (601) 949-5000
Email: wes@wesstover.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF: Shelia L. Graves      CASE 19-50767 KMS
                  DEBTOR                       CHAPTER 13

TO:    David Rawlings            Ecfnotices@rawlings13.net
       US Trustee               USTPRegion05.JA.ECF@usdoj.gov

Federal National Mortgage      SN Servicing
950 East Paces Ferry            325 5th Street
Suite 1900                        Eureka, CA 95501
Atlanta, GA 30326

## NOTICE OF FILING MOTION TO MODIFY CHAPTER 13 PLAN

**YOU ARE HEREBY NOTIFIED** that the above debtors have filed with the Bankruptcy Court a Motion to Modify Chapter 13 Plan.

**YOU ARE FURTHER NOTIFIED** that any objections to this proposed Motion to Modify Chapter 13 Plan should be filed by written pleading with the Court with a copy to the Trustee and U.S. Trustee within thirty (30) days of the mailing of this Notice. If no objection is timely filed, the Court may approve the Plan as modified.

**DATED** this the 23rd day of January, 2020

/s/ William W. Stover Jr.
WILLIAM W. STOVER JR. MSB# 8885
ATTORNEY FOR DEBTOR

### CERTIFICATE OF SERVICE

I, William W. Stover Jr., Attorney for the above listed debtors, do hereby certify that I have this date mailed a true and correct copy of the above Notice of Motion to Suspend Plan Payments to:

David Rawlings                Ecfnotices@rawlings13.net
U.S. Trustee                   USTPRegion05.JA.ECF@usdoj.gov

Federal National Mortgage      SN Servicing
950 East Paces Ferry            325 5th Street
Suite 1900                        Eureka, CA 95501
Atlanta, GA 30326

**THIS THE** 23rd day of January, 2020.

/s/ William W. Stover Jr.
WILLIAM W. STOVER JR. MSB 8885
THE LAW OFFICES OF WES STOVER
403 South State Street
Jackson, Mississippi 39201
Telephone (601) 949-5000
Fax: (601) 949-7872
Email: wes@wesstover.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-6<br>Case 19-50767-KMS<br>Southern District of Mississippi<br>Gulfport-6 Divisional Office<br>Thu Jan 23 14:50:47 CST 2020 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Nationstar Mortgage LLC d/b/a Mr. Cooper<br>Shapiro & Brown, LLC<br>1080 River Oaks Drive, Suite-B202<br>Flowood, MS 39232-7603 |
| NewRez LLC d/b/a Shellpoint Mortgage Servici<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | U.S. Bankruptcy Court<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501-2036 | (p)ASCENDIUM EDUCATION SOLUTIONS INC<br>2501 INTERNATIONAL LANE<br>MADISON WI 53704-3180 |
| (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 | CAPITAL ONE<br>PO BOX 650007<br>Dallas, TX 75265-0007 | CAPITAL ONE<br>PO BOX 85167<br>Richmond, VA 23285-5167 |
| CBE Group<br>131 Tower Park Dr<br>Suite 100<br>Waterloo, IA 50701-9374 | CHASE<br>PO BOX 9001871<br>Louisville, KY 40290-1871 | Capital One<br>Auto Finance<br>Post Office Box 165028<br>Irving, TX 75016-5028 |
| Capital One<br>Auto Finance<br>Post Office Box 165028<br>Richmond, VA 23285 | Capital One<br>PO Box 30285<br>Carol Stream, IL 60197-6492 | Capital One Auto Finance,<br>a division of Capital One, N.A.<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Capital One Auto Finance,<br>a division of Capital One, N.A.<br>c/o AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Chex Systems Inc<br>consumer relations<br>7805 hudson rd #100<br>Saint Paul, MN 55125-1595 | Comenity Bank/Avenue<br>P.O. Box 182789<br>Columbus, OH 43218-2789 |
| Comenity Bank/Goody<br>P.O. Box 182789<br>Columbus, OH 43218-2789 | Commenity Bank/Jessica<br>PO Box 659729<br>San Antonio, TX 78265-9728 | Commenity Bank/Lnbrynt<br>PO Box 182789<br>Columbus, OH 43218-2789 |
| Credit One Bank<br>PO Box 98875<br>Las Vegas, NV 89193-8875 | (p)DIRECTV LLC<br>ATTN BANKRUPTCIES<br>PO BOX 6550<br>GREENWOOD VILLAGE CO 80155-6550 | Elizabet Crowell<br>Dean Morris, LLC<br>1820 Avenue of America<br>Monroe, LA 71201-4530 |
| Elizabeth Crowell Price<br>Dean Morris, PLLC for NewRez LLC<br>d/b/a Shellpoint Mortgage Servicing<br>1820 Avenue of America<br>Monroe, LA 71201-4530 | Equifax Information Services<br>Po Box 740256<br>Atlanta, GA 30374-0256 | Exeter Finance<br>P.O. Box 165028<br>Irving, TX 75016-5028 |
| Exeter Finance<br>P.O. Box 204480<br>Dallas, TX 75320-4480 | Experian<br>Po Box 2002<br>Allen, TX 75013-2002 | FEDERAL NAT MORTGAGE<br>950 EAST PACES FERRY<br>SUITE 1900<br>Atlanta, GA 30326-1384 |

| | | |
|---|---|---|
| Fed Loan Servicing<br>PO Box 60610<br>Harrisburg, PA 17106-0610 | Federal National<br>Mortgage Association<br>Post Office Box 2008<br>Grand Rapids, MI 49501-2008 | First Tower Loan, LLC<br>P.O. Box 320001<br>Flowood, MS 39232-0001 |
| GMAC<br>PO Box 780<br>Waterloo, IA 50704-0780 | Goody's<br>PO Box 659704<br>San Antonio, TX 78265-9704 | HCA d/b/a<br>Kia Motors Finance<br>Post Office Box 20825<br>Fountain Valley, CA 92728-0825 |
| HRRG<br>Po Box 5406<br>Cincinnati, OH 45273-0001 | HRRG<br>Post Office Box 8486<br>Pompano Beach, FL 33075-8486 | Healthcare Fin Service<br>911 Flynt Dr<br>Flowood, MS 39232-9572 |
| IRS<br>Po Box 7346<br>Philadelphia, PA 19101-7346 | IRS c/o David Usry<br>US Attorney<br>501 E Court Ste 4.430<br>Jackson, MS 39201-5025 | J. Gary Massey<br>SHAPIRO & BROWN, LLC for Nationstar<br>Mortgage, LLC d/b/a Mr. Cooper<br>1080 River Oaks Drive, Suite B-202<br>Flowood, MS 39232-7603 |
| Jefferson Davis<br>Community Hopsital<br>Po Box 1288<br>Prentiss, MS 39474-1288 | Jvante Graves<br>21 Jenny Lane<br>Prentiss, MS 39474-4311 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| MOHELA<br>14528 South Outer 40<br>Chesterfield, MO 63017-5785 | Miss State Tax Comm<br>Bankruptcy Section<br>Po Box 22808<br>Jackson, MS 39225-2808 | Moma Funding LLC<br>P.O. Box 788<br>Kirkland, WA 98083-0788 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>P.O. Box 619096<br>Dallas, TX 75261-9096 | Nationstar MortgageLLC<br>d/b/a Mr. Cooper<br>350 Highland Drive<br>Lewisville, TX 75067-4488 | Ocwen<br>12650 Ingenuity Drive<br>Orlando, FL 32826-2703 |
| Pine Belt Anesthesia<br>P.O. Box 22505<br>Jackson, MS 39225-2505 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Professional Collectio<br>5156 River Rd<br>Ste 1<br>Columbus, GA 31904-5800 |
| Regions dba AmSouth<br>PO Box 11007<br>Birmingham, AL 35288-0002 | SYNCB/Belk<br>P.O. Box 96528<br>Orlando, FL 32896-0001 | Shellpoint Mortgage Servicing<br>P.O. Box 10826<br>Greenville, SC 29603-0826 |
| South MS ER Physicians<br>P.O. Box 1123<br>Minneapolis, MN 55440-1123 | South Mississippi<br>Emergency Physicians<br>PO Box 18007<br>Hattiesburg, MS 39404-8007 | Southern Financial<br>c/o Dr. Roy Evans<br>PO Box 15203<br>Hattiesburg, MS 39404-5203 |

| | | |
|---|---|---|
| (p)TELECHECK SERVICES INC<br>P O BOX 6806<br>HAGERSTOWN MD 21741-6806 | Tower Loan<br>943 Hwy 42<br>Prentiss, MS 39474 | Transunion<br>Po Box 1000<br>Crum Lynne, PA 19022 |
| U.S. Bank Trust National Association, as Tru<br>c/o SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501-0305 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | US Attorney/Dept of Ed<br>c/o Crockett Lindsey<br>1575 20th Ave 2nd Flr<br>Gulfport, MS 39501-2040 |
| US Attorney/Dept of Ed<br>c/o Pshon Barrett<br>501 E Court Ste 4.430<br>Jackson, MS 39201-5025 | United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5022 | United Student Aid<br>Funds, Inc (USAF)<br>P.O. Box 8961<br>Madison, WI 53708-8961 |
| David Rawlings<br>David Rawlings, Chapter 13 Trustee<br>P.O. Box 566<br>Hattiesburg, MS 39403-0566 | SHELIA L. GRAVES<br>21 Jenny Ln<br>Prentiss, MS 39474-4311 | William Wesley Stover Jr.<br>The Law Offices of Wes Stover<br>403 South State Street<br>Jackson, MS 39201-5020 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Ascendium Education Solutions, Inc<br>PO Box 8961<br>Madison WI 53708-8961 | CAPITAL ONE<br>PO BOX 5155<br>Norcross, GA 30091 | DirecTV<br>PO Box 538605<br>Atlanta, GA 30353-8605 |
| Portfolio Recovery<br>PO Box 41067<br>Norfolk, VA 23541 | Telecheck<br>5251 Westheimer<br>Houston, TX 77056 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)U.S. Bank Trust National Association, as T | (d)NewRez LLC d/b/a Shellpoint Mortgage Servi<br>P.O. Box 10826<br>Greenville, SC 29603-0826 | End of Label Matrix<br>Mailable recipients   71<br>Bypassed recipients   2<br>Total   73 |