

SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: February 28, 2020

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF: Shelia L. Graves          CASE 19-50767 KMS
                  DEBTOR                     CHAPTER 13

ORDER ON MOTION TO MODIFY PLAN (DK# 51)

THIS CAUSE, having come before the Court on the Debtor's Motion to Modify Plan, (DK # 51); after notice and opportunity, and the Court being fully advised in the premises does hereby find and ORDER as follows:

THAT, no response has been timely filed herein.

THAT, the Debtor's motion to Modify Plan is well taken.

THAT, the debtor's plan is hereby modified to abandon the house, located at 142 Macedonia Road Mount Olive Mississippi 39119, to Federal National Mortgage.

THAT, the chapter 13 trustee is instructed to stop all payments to Federal National Mortgage, on behalf of SN Servicing Corporation for the on-going mortgage payments and the arrears payments.

THAT, the chapter 13 trustee is directed to lower the wage order as low as possible, under the terms of this proposed modification.

#END OF ORDER#

PREPARED AND SUBMITTED BY:
/s/ William W. Stover Jr.
William W. Stover Jr. (MSB# 8885)
403 South State Street
Jackson, Mississippi 39201
Telephone (601) 949-5000
Fax: (601) 949-7872
Email: wes@wesstover.com